# Exhibit A
# Offer of Judgment

CD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SYLVESTER JONES,

Plaintiff,

v. CASE NO. 6:04-CV-78-ORL-28-KRS

UNITED SPACE ALLIANCE, LLC,

Defendant.
______________________________/

**OFFER OF JUDGMENT BY DEFENDANT**

Defendant, UNITED SPACE ALLIANCE, LLC, pursuant to Rule 68, Federal Rules of Civil Procedure, and Section 768.79, Florida Statutes, offers to pay the sum of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) to Plaintiff SYLVESTER JONES, inclusive of all damages, reasonable attorney's fee, costs and ONE DOLLAR ($1.00) to settle the Plaintiff's claims for punitive damages. Defendant offers to pay this sum in full satisfaction of all of Plaintiff's claims as contained in the Amended Complaint asserted against Defendant in this action and should be construed as including all damages, fees and costs which may be awarded in any final judgment.



MORGAN, LEWIS & BOCKIUS LLP
5300 WACHOVIA FINANCIAL CENTER, 200 S BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000

Dated this 5th day of March, 2004.

W. Russell Hamilton, III
Florida Bar No. 199540
Trial Counsel
Christopher P. Hammon
Florida Bar No. 0176753
Morgan, Lewis & Bockius LLP
Attorneys for Defendant
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: 305.415.3440
eFacsimile: 877.432.9652

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Certified U.S. Mail, Return Receipt Requested to Wayne L. Allen, Esquire, Wayne L. Allen & Associates, P.A., 700 Wickham Road, Suite 107, Melbourne, Florida 32935, this 5th day of March, 2004.

W. Russell Hamilton, III