# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SYLVESTER JONES,**

        **Plaintiff,**

-vs-                                                              Case No.  6:04-cv-78-Orl-28KRS

**UNITED SPACE ALLIANCE, L.L.C.,**

        **Defendant.**

_____

## ORDER TO RESPOND

    This case is before the Court on Defendant's Renewed Motion For Award of Attorneys' Fees. Doc. No. 93.  The parties are hereby notified that the Court will take the present motion under advisement on June 1, 2006.  Failure to respond to the motion, which seeks a substantial award of fees, by June 1, 2006, may result in the motion being treated as unopposed.  The Clerk of Court is directed to mail a copy of this Order to Respond to Plaintiff Jones as well as to his counsel of record.

    **DONE** and **ORDERED** in Orlando, Florida this 17th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties