# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SYLVESTER JONES,**

        **Plaintiff,**

-vs-                                        **Case No. 6:04-cv-78-Orl-28KRS**

**UNITED SPACE ALLIANCE, L.L.C.,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S RENEWED MOTION FOR AWARD OF ATTORNEYS' FEES (Doc. No. 93)** |
| **FILED:** | **April 20, 2006** |

Defendant United Space Alliance, LLC (USA) seeks an award of attorneys' fees only pursuant to the Florida offer-of-judgment statute, Fla. Stat. § 768.79. The question of whether section 768.79 can be used to award fees to a prevailing defendant in a federal case is currently pending before the Honorable John Antoon, II in *Yossifon v. City of Cocoa Beach*, Case No. 6:02-cv-6-Orl-28KRS. Because the Court's legal ruling in the *Yossifon* case likely will be determinative of the present

motion, I respectfully recommend that the Court consider this motion and the response thereto in conjunction with its consideration of the pending motion in the *Yossifon* case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 23, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy